| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Expansion Industries, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
46-3503586

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2201 Spinks Road<br>Suite 144<br>Flower Mound, TX 75028-8000<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Denton<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Expansion Industries, LLC** _____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Expansion Industries, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **Expansion Industries, LLC**  Case number (*if known*)
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Expansion Industries, LLC**  Case number (*if known*)
     Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 29, 2023**
                 MM / DD / YYYY

**X** **/s/ Kelly Winget**                                    **Kelly Winget**
Signature of authorized representative of debtor    Printed name

Title    **President of Managing Member**

**18. Signature of attorney**

**X** **/s/ Eric A. Liepins**                                    Date **September 29, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**       Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Expansion Industries, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Reloading, LLC 3078 James Rollo Dr Grain Valley, MO 64029 | | | | | | $239,505.00 |
| Die Tech Machines 5503 Gateway Drive Joplin, MO 64804 | | | | | | $110,501.51 |
| Energetic Applications, LLC 9155 Selkirk Place Colorado Springs, CO 80924 | | | | | | $900,000.00 |
| Expansion Annunition Component Fund I, L 11408 Sinclair Ave Dallas, TX 75218 | | | | | | $9,000,000.00 |
| Franklin Engineering, Inc 381 Riverside Drive Suite 200 Franklin, TN 37064 | | | | | | $215,562.56 |
| Gun Garage & Shooting Range F& L Enterprises, Inc 2120 NE Meriden Rd Topeka, KS 66608 | | | | | | $132,750.00 |
| Hart Contractors Of Texas 175 Hart Drive Hooks, TX 75561 | | | | | | $113,290.00 |
| HE Wright & Co. 3123 W 7th St. Texarkana, TX 75501 | | | | | | $1,026,019.45 |

Debtor **Expansion Industries, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Investor Lead Co** 1613 Chickadee Dr Argyle, TX 76226 | | | | | | $161,500.00 |
| **James Mark Gilmore** 9450 SW Gemini Drive Unit 82593 Beaverton, OR 97008 | | | | | | $2,250,000.00 |
| **JavelinIP LLC** 9450 SW Gemini Dr. Unit 82593 Beaverton, OR 97008 | | | | | | $180,716.50 |
| **Lucas Smissen** 11731 Kilkirk Ln. Dallas, TX 75221 | | | | | | $135,096.18 |
| **Nathaniel Bros Southern Defense** 12020 Forestgate Dallas, TX 75243 | | | | | | $225,000.00 |
| **Nemo Arms** 2820 Brandt Ave Eagle, ID 83616 | | | | | | $2,652,705.00 |
| **Packaging Source, Inc** 2601 Network Blvd. Suite 440 Frisco, TX 75034 | | | | | | $455,919.92 |
| **Powerscreen Texas** 5680 State Highway 71 La Grange, TX 78945 | | | | | | $103,920.00 |
| **Quasar Management** 108 South Oak Street Odon, IN 47562 | | | | | | $2,699,775.00 |
| **SBA** Bureau of Fiscal Service P.O. Box 1686 Birmingham, AL 35201 | | PPP | | | | $1,370,000.00 |
| **Schwob Building Company** 1350 Lakeshore Suite 160 Coppell, TX 75019 | | | | | | $158,902.49 |
| **Velocity Manufacturing, LLC** 523 E Wall Street Fort Scott, KS 66701 | | | | | | $93,000.00 |

Airgas USA, LLC
4122 W. US Highway 80
Terrell, TX 75160-6070

American Reloading, LLC
3078 James Rollo Dr
Grain Valley, MO 64029

BWI Companies Inc
1373 N Kings Highway
Nash, TX 75569

Calloway Ballistics
3708 Farley Ave
Suite 104
Dolomite, AL 35061

Centerpoint Energy
P.O. Box 498
Houston, TX 77210

Chromalox
1499 E 40th Street
Houston, TX 77022

Clen Co., LLc
901 St Louis
20th Floor
Springfield, MO 65806

Coburns
210 S Robinson
Texarkana, TX 75501

Conterra Networks
5301 && Center Drive
Charlotte, NC 28217

Die Tech Machines
5503 Gateway Drive
Joplin, MO 64804

Duel Wield Supply, LLC
209 Wild Lilac
Irvine, CA 92620

Dynamic Metalform Solution
4251 FM 2181
Suite 230-187
Denton, TX 76210

Dynitec GmbH
Kaisserstr 3D-53840
Troisdorf, Germany

Eagle Cutting & Supply
115 Industrial Blvd.
Nash, TX 75569

Electrique Corporation
6203 Mall dr
Nash, TX 75569

Energetic Applications, LLC
9155 Selkirk Place
Colorado Springs, CO 80924

Expansion Annunition Component Fund I, L
11408 Sinclair Ave
Dallas, TX 75218

Fedex Freight-1397
597 Bennet Ln.
Lewisville, TX 75057

Fisher Scientific
999 Veterans Memorial Dr.
Houston, TX 77038

Franklin Engineering, Inc
381 Riverside Drive Suite 200
Franklin, TN 37064

George Ford, Gnat Warfare
15525 N 83rd Way
Scottsdale, AZ 85260

Giant Fishing Group, Inc
600 Factory Rd.
Addison, IL 60101

Goodhire
1 Montgomery St. Ste 2400
San Francisco, CA 94104

Gun Garage & Shooting Range
F& L Enterprises, Inc
2120 NE Meriden Rd
Topeka, KS 66608

Hart Contractors Of Texas
175 Hart Drive
Hooks, TX 75561

HE & Wright Construction
3123 W 7th Street
Texarkana, TX 75501

HE Wright & Co.
3123 W 7th St.
Texarkana, TX 75501

Health Equity
121 W. Scenic Pointe Drive
Draper, UT 84020

HealthCare Express
125 Arkansas Blvd.
Texarkana, AR 71854

Innovative Manufacturing Solutions
111 Erick St. Unit 102
Crystal Lake, IL 60014

Investor Lead Co
1613 Chickadee Dr
Argyle, TX 76226

James Mark Gilmore
9450 SW Gemini Drive
Unit 82593
Beaverton, OR 97008

JavelinIP LLC
9450 SW Gemini Dr. Unit 82593
Beaverton, OR 97008

Jim & Brenda Gilliland Federal Mech.
2410 Luna Rd Ste. 124
Dallas, TX 75006

JMN Enterprises/Nowlin Ammo LLC
7500 E 151st Street
Suite 131
Bixby, OK 74008

John Henry Foster
4700 Le Bourget Dr.
Saint Louis, MO 63134

John Oberle
4924 Willow Ridge Dr.
Mesquite, TX 75150

Kaeser Compressors, Inc
1625 Crescent Circle, Suite 215
Carrollton, TX 75006

Kemlee Manufacturing
1401 Industrial Park Road
Galena, KS 66739

Libert Utilities- 877
Walk In: 16623 FM 2493 Suite E
Tyler, TX 75703

Liberty Ammunition, LLC
2086 68th Ave E
Suite B
Bradenton, FL 34203

Logix
2950 N. Loop W. 10th Floor
Houston, TX 77092

Lucas Smissen
11731 Kilkirk Ln.
Dallas, TX 75221

Martin Vibration Systems
990 DOuglas Ave
Marine City, MI 48039

Maverick Caliber & Supply, LLc
1401 Hamlin
Suite B
Saint Cloud, FL 34771

McMAster - Carr
P.O. Box 94930
Cleveland, OH 44101

Miken, Inc
5006 NW 8th Ave
Suite B
Pendleton, OR 97801

Moorfeed Corporation
4162 N EMS Blvd
Greenfield, IN 46140

Mountain Valley Of Texarkana
524 Broad Street
Texarkana, AR 71854

MTG Engineers
5930 Summerhill Road
Texarkana, TX 75503

Nathaniel Bros Southern Defense
12020 Forestgate
Dallas, TX 75243

Nemo Arms
2820 Brandt Ave
Eagle, ID 83616

Nevada Cartridge Company
950 W Warm Springs Road
Suite 105
Henderson, NV 89011

Northstar EMC, LLC
8075 Vagabond Lane N
Osseo, MN 55311

Ozark Crane
1406 W Division
Springfield, MO 65802

Packaging Source, Inc
2601 Network Blvd.
Suite 440
Frisco, TX 75034

Peabody Law Firm, PC
1205 S White Chapel Blvd
Suite 100
Southlake, TX 76092

Port-A-Jon
P.O. Box 852
Nash, TX 75569

Powerscreen Texas
5680 State Highway 71
La Grange, TX 78945

Quad Engineering
90 Shepherd Ave E
Suite 700
Toronto, Canada
M2N 3A1

Quasar Management
108 South Oak Street
Odon, IN 47562

Quasar Management, LLC
108 South Oak
Odon, IN 47562

Razoyo
5200 S Colony Blvd
Suite 560634
The Colony, TX 75056

Redguard LLC
4340 S West Street
Wichita, KS 67217

RedRiver Oil
700 Plum Street
Texarkana, TX 75501-1000

SBA
Bureau of Fiscal Service
P.O. Box 1686
Birmingham, AL 35201

Schwob Building Company
1350 Lakeshore
Suite 160
Coppell, TX 75019

Sherwin Williams
3525 Richmond
Texarkana, TX 75503

Shimadzu
440 Wangler Drive
Suite 300
Coppell, TX 75019

Smith's Ready Mix
7750 W New Boston
Texarkana, TX 75501

Southern Builders USA LLC
610 S Wake Village Drive
Texarkana, TX 75501

TAC East Holdings Company
107 Chapel Lane
New Boston, TX 75570

TDS Erectors
1630 S Constitution Ave
Ashdown, AR 71822

Techmave LLC
10 Technology Drive
Suite #1
East Setauket, NY 11733

Technical Metallurgival Services
P.O. Box 90
Texarkana, TX 75504

Teeco Safety
1360 Grimmett
Shreveport, LA 71107

Thermo Scientific Portable
2 Radcliff Raod
Tewksbury, MA 01876

Toolbox Shop
519 Texas Blvd
Texarkana, TX 75501

Triple R Minitions
1527 Lemon
Duarte, CA 91008

Tyler Corrugated Box, Inc.
5710 Reed Road
Tyler, TX 75707

Uline
2600 Rental Car Drive
Dallas, TX 75261

United Rentals
2101 Trinity Blvd
Texarkana, AR 71854

Urban Lighting
305 Spruce
Texarkana, TX 75501

Velocity Manufacturing, LLC
523 E Wall Street
Fort Scott, KS 66701

Verizon Bankruptcy Department
404 Brock Drive
Bloomington, IL 61701

WASTE MANAGEMENT
1001 FANNIN ST
Houston, TX 77002

Zoho
4141 Hacienda
Pleasanton, CA 94588

# United States Bankruptcy Court
### Eastern District of Texas

In re **Expansion Industries, LLC**      Case No.
Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Expansion Industries, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AWP TXBC, Inc.**

**Lucas Smissen**

**Patrick Pohlen**

**Richard Smissen**

**Richard Smissen, Jr.**

☐ None [*Check if applicable*]

**September 29, 2023**      **/s/ Eric A. Liepins**
Date      **Eric A. Liepins**
Signature of Attorney or Litigant
Counsel for **Expansion Industries, LLC**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**